ALL STAR RENTAL, INC. v. WRIGHT

No. 237P95

Case below: 118 N.C.App. 584

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

BATTLE v. PETERSON

No. 224P95

Case below: 118 N.C.App. 734

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995. Petition by defendants (Peterson, Criado and Kobs) for discretionary review as to an additional issue denied 27 July 1995.

BENNETT v. BRANCH BANKING AND TRUST CO.

No. 223P95

Case below: 118 N.C.App. 735

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

BLINSON v. OCCIDENTAL LIFE INS. CO.

No. 164P95

Case below: 118 N.C.App. 584

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

CITY OF CHARLOTTE v. HELMS

No. 118P95

Case below: 117 N.C.App. 613

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.